**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and JON SUSTARICH, Revenue Officer,<br><br>Petitioners<br><br>v.<br><br>KAREN E. RAYL,<br><br>Respondent<br>_____/ | No. C-10-5426 MMC<br><br>**ORDER DIRECTING PETITIONERS TO SERVE PETITION; SETTING BRIEFING SCHEDULE AND SCHEDULING APRIL 1, 2011 HEARING ON PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

Before the Court is petitioners' Verified Petition to Enforce Internal Revenue Service Summons, filed December 1, 2010. Having read and considered the petition, the Court hereby sets a deadline to serve the petition, a briefing schedule on the petition, and a hearing date, as follows:

1. No later than January 28, 2011, petitioners shall serve the petition, together with a copy of this order, on respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure, and, no later than February 4, 2011, shall file proof of said service.

2. No later than March 4, 2011, respondent shall file any response to the petition, and shall serve a copy of any such response on petitioners by sending a copy thereof to counsel for petitioners.

//

3. No later than March 18, 2011, petitioners shall file and serve any reply to the response filed by respondent.

4. The Court will conduct a hearing on the petition on April 1, 2011, at 9:00 a.m., in Courtroom 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. All parties are ORDERED to appear in person or through counsel at such hearing.

5. The Case Management Conference scheduled for March 11, 2011 is hereby VACATED, and no party shall appear at that time.

**IT IS SO ORDERED.**

Dated: December 16, 2010

MAXINE M. CHESNEY
United States District Judge