UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and JON SUSTARICH, Revenue Officer, | ) ) ) | No. 10-cv-5426-MMC |
| Petitioners, | ) ) | |
| v. | ) ) | |
| KAREN RAYL, | ) ) | [Amended Proposed] ORDER FINDING RESPONDENT IN CONTEMPT |
| Respondent. | ) ) ) | |

On July 8, 2011, this matter came on to be heard upon this Court's Order Granting Petitioners' Application for Entry of Order to Show Cause Re Contempt; Directing Respondent to Show Cause Why She Should Not Be Held in Contempt; Setting July 8, 2011 Hearing; Directions to Petitioners. Thomas Moore and certified law clerk Andrew Chan appeared for the petitioners. Dana Snider appeared for the respondent. Respondent Karen Rayl was also in attendance at the hearing.

On September 21, 2010, petitioner Jon Sustarich served a summons on said respondent. The respondent did not appear on October 5, 2010, as requested in the summons.

Due to respondent's failure to comply with the summons, the petitioners filed a Verified Petition to Enforce Internal Revenue Summons. On December 16, 2010, this Court entered its Order Directing Petitioners to Serve Petition; Setting Briefing Schedule and Scheduling April 1, 2011 Hearing on Petition to Enforce Internal Revenue Service Summons.

On March 10, 2011, this Court entered its Order Granting Petition to Enforce Internal Revenue

1  Summons; Ordering Respondent to Comply with Summons; Vacating April 1, 2011 Hearing.
2  Respondent did not appeal this matter.  Although the Order Granting Petition to Enforce Internal
3  Revenue Summons required respondent to comply with the IRS summons by giving relevant testimony
4  and producing documents, the respondent failed to do so.

5      Due to respondent's failure to comply with the Order Granting Petition to Enforce Internal
6  Revenue Summons, the petitioners filed an Application for Entry to Show Cause Re Contempt.  On
7  May 27, 2011, this Court ordered respondent to appear on July 8, 2011, and show cause, if any, why
8  she should not be held in contempt for her failure to comply with this Court's Order Granting Petition
9  to Enforce Internal Revenue Summons.

10      The Court having considered the record herein, hereby finds the respondent had the ability to
11  appear and comply with the Court's March 10, 2011 Order and willfully failed to do so, and, it is
12  hereby

13      **ORDERED** that respondent Karen Rayl is in contempt of this Court's Order Granting Petition
14  to Enforce Internal Revenue Summons, and respondent is fined $500 per day from this date until the
15  date she appears before Revenue Officer Jon Sustarich, or any designated agent, at the Offices of the
16  Internal Revenue Service, 1301 Clay Street, Suite 1040S, Oakland, California, 94612, and then and
17  there gives testimony relating to the matters described in the subject Internal Revenue Service
18  summons, a copy of which is attached hereto as Exhibit A, and produces for the Revenue Officer's
19  inspection and copying the records described in the attached Internal Revenue Service summons.

20      **IT IS FURTHER ORDERED** that respondent Karen Rayl appear before Revenue Officer Jon
21  Sustarich, or any designated agent, on Wednesday, July 20, 2011 at 10:00 a.m., at the Offices of the
22  Internal Revenue Service, 1301 Clay Street, Suite 1040S, Oakland, California, 94612, and then and
23  there give testimony relating to the matters described in the subject Internal Revenue Service
24  summons, and produce for the Revenue Officer's inspection and copying the records described in the
25  attached Internal Revenue summons.

26      **IT IS FURTHER ORDERED** that if respondent Karen Rayl appears before Revenue Officer
27  Jon Sustarich, gives testimony relating to the matters described in the subject Internal Revenue Service
28  summons, and produces for the Revenue Officer's inspection and copying the records described in the

attached Internal Revenue Service summons within twenty days of this date, she will be purged of the $500 per day fine that might have accrued against her for her failure to comply with the Order Granting Petition to Enforce Internal Revenue Summons.

**ORDERED** this 8th day of July, 2011 at San Francisco, California.

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[Amended Proposed] ORDER FINDING RESPONDENT
IN CONTEMPT (No. 10-cv-5426-MMC)          3